## Exhibit A

## Plaintiffs' Recovery of Fees by Task

| Task and ECF No. | USAO Matrix Rate Total Requested | Percentage Awarded | Amount Awarded |
|---|---|---|---|
| Complaint, ECF No. 1 | $ 26,481.20 | 40% | $10,592.48 |
| Amended Complaint, ECF No. 35 | $ 11,673.50 | 40% | $4,669.40 |
| Plaintiffs' Motion for TRO/PI, ECF No. 2 | $ 30,412.10 | 40% | $12,164.84 |
| Plaintiffs' Second Motion for TRO/PI Pending Appeal, ECF No. 53 | $ 4,188.20 | 50% | $2,094.10 |
| Plaintiffs' Motion for Summary Judgment, ECF No. 75 | $ 26,974.40 | 40% | $10,789.76 |
| Reply to Opp. to TRO/PI, ECF No. 29 | $ 16,529.40 | 40% | $6,611.76 |
| 2nd TRO/PI, ECF No. 36 | $ 13,677.70 | 0% | $0.00 |
| PI Hearing on 2nd TRO/PI | $ 9,746.10 | 0% | $0.00 |
| Resp. Supp. 2nd TRO/PI, ECF No. 41 | $ 3,613.50 | 0% | $0.00 |
| Reply to Opp. 2nd TRO/PI, ECF No. 42 | $ 3,072.50 | 0% | $0.00 |
| 3rd TRO/PI, ECF No. 46 | $ 10,946.50 | 0% | $0.00 |
| PI Pending Appeal, ECF No. 49 | $ 16,634.60 | 50% | $8,317.30 |
| Reply to Opp. PI Pending Appeal, ECF No. 59 | $ 5,189.50 | 50% | $2,594.75 |

| Task and ECF No. | USAO Matrix Rate Total Requested | Percentage Awarded | Amount Awarded |
|---|---|---|---|
| Resp. to UCR Cross MSJ and Reply in Supp. of Pls. MSJ, ECF No. 97 | $ 19,707.00 | 40% | $7,882.80 |
| Reply to the Decl. of Chairman Gutierrez, ECF No. 103 | $ 9,666.90 | 50% | $4,833.45 |
| Resp. to Motion to Strike, ECF No. 105 | $ 10,270.20 | 50% | $5,135.10 |
| Discovery | $ 1,714.10 | 0% | $0.00 |
| Subcommittee Sunshine Act | $ 2,761.90 | 0% | $0.00 |
| Motion to Consolidate, ECF No. 3 | $ 1,294.70 | 0% | $0.00 |
| Resp. to Order to Show Cause, ECF No. 11 | $ 3,932.90 | 100% | $3,932.90 |
| Resp. to Order Re: Service of Process, ECF No. 15 | $ 966.20 | 0% | $0.00 |
| Resp. to Mot. to Extend, ECF No. 22 | $ 1,714.10 | 0% | $0.00 |
| Joint Status Report, ECF No. 34 | $ 1,284.70 | 50% | $642.35 |
| Appeal | $ 31,213.90 | 0% | $0.00 |
| Appellate Court Mediation | $ 3,847.60 | 0% | $0.00 |

| Task and ECF No. | USAO Matrix Rate Total Requested | Percentage Awarded | Amount Awarded |
|---|---|---|---|
| Notice UCR Board Meeting Agenda, ECF No. 54 | $ 292.00 | 100% | $292.00 |
| Resp. to Mot. Extension, ECF No. 57 | $ 4,330.70 | 0% | $0.00 |
| Notice Fed. Register, ECF No. 66 | $ 985.50 | 100% | $985.50 |
| Resp. to Mot. to Stay Briefing Pending Mediation, ECF No. 78 | $ 3,164.10 | 0% | $0.00 |
| Mot. to Lift Stay, ECF No. 80 | $ 2,170.70 | 0% | $0.00 |
| Status Report, ECF No. 82 | $ 2,051.20 | 0% | $0.00 |
| Emerg. Mot. for Contempt, ECF No. 84 | $ 4,988.40 | 0% | $0.00 |
| Reply to Opp. to Emerg. Mot. for Contempt, ECF No. 88 | $ 2,370.40 | 0% | $0.00 |
| Motion for MSJ Hearing, ECF No. 108 | $ 939.00 | 0% | $0.00 |
| General | $ 19,583.50 | 40% | $7,833.40 |
| Work exclusively related to Sunshine Act | $ 4,513.70 | 50% | $2,256.85 |
| Travel | $ 2,548.00 | 100% | $2,548.00 |
| **TOTAL** | | | $94,176.74 |